

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | November 7, 2025 |
| U.S. v. Gregory Jerome Bahati, et al. 8:25MJ608 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Lesley A. Woods US Attorney |

Be advised that the above named Defendant(s) is/are now in custody.  You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐   Unseal the Indictment and any underlying Magistrate Judge case

☐   Unseal the Magistrate Judge case

☐   Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☒   Unseal the Magistrate Judge case and Complaint but the underlying Affidavit should remain **Restricted**